IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 1:24-cv-00176

Brenda Miller )
_____ )
)
Plaintiff(s), )
v. )
)
NLNC Hospitality, LLC )
_____ )
)
Defendant(s). )

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
## OR PROPOSED INTERVENOR OF CORPORATE
## AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT
## FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party or proposed intervenor to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must serve this form on the other parties to this action.

NLNC Hospitality, LLC _____ who is Defendant _____
(Name of Party)                                  (Plaintiff / Defendant/Movant/Intervenor)
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   [ ] Yes          [X] No

2. Does the party have any parent corporations?
   [X] Yes          [ ] No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   NLNC Hospitality Services

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   [ ] Yes          [X] No

   If yes, identify all such owners:

NCWD-Corporate Disclosure – December, 2022

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

[X] Yes [ ] No

If yes, identify the entity and the nature of its interest:

Aramark

5. Is the party a trade association?

[ ] Yes [X] No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

Not applicable.

s/ _____     06/26/2024
Signature of Attorney                          Date

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Michael J. Greer, Esq.

Hensley Clonginger & Greer, PC

366 Merrimon Avenue

Asheville, NC 28801

This the 26th day of June , 20 24 .

/s/ Martin R. Jernigan

Signature

Martin R. Jernigan, Esq. (NC State Bar 38269)

(Print Name)